1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STANLEY D. ROBINS,
              Petitioner,
    v.
GONZALES, Warden,
              Respondent.

Case No. EDCV 08-1317 DSF(JC)

ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the United States Magistrate Judge's Report and Recommendation, and notes that line 4 on page 2 should read "2008."

IT IS HEREBY ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///
///
///
///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 United States Magistrate Judge's Report and Recommendation, and the Judgment
3 herein on Petitioner and on counsel for Respondent.
4    LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: 1/20/09         *Dale S. Fischer*

              _____
              HONORABLE DALE S. FISCHER
              UNITED STATES DISTRICT JUDGE